# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Arnoldo Nieblas**<br>DOB: 1998; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-06167MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about July 19, 2022, in the District of Arizona, **Arnoldo Nieblas**, knowing and in reckless disregard of the fact that certain illegal aliens had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On July 19, 2022, at approximately 7:00 a.m., Border Patrol Agents (BPAs) observed a black 2010 Dodge Charger traveling westbound on State Route (SR) 80. At the time, the SR 80 Checkpoint was closed. BPAs observed one young male occupant and noticed the vehicle appeared to be riding heavily laden. BPAs began following the vehicle and conducted a registration check which returned registered to an address in Phoenix, Arizona. BPAs initiated a vehicle stop for an immigration inspection on all occupants of the vehicle. The vehicle yielded on Interstate 10 (I-10) at the SR 90 off ramp. Once the vehicle yielded, BPAs observed the driver, later identified as **Arnoldo NIEBLAS**, exit the vehicle and run south across I-10 toward the Love's gas station on SR 90. The rear door to the vehicle then opened and two suspected non-citizens exited the vehicle and followed **NIEBLAS**. BPAs were able to quickly apprehend two other subjects before they exited the vehicle. **NIEBLAS** and the two subjects that absconded were apprehended soon after by other responding BPAs and were returned to the initial stop. **NIEBLAS** was determined to be a United States citizen while the other four passengers, to include Jorge Alberto Cisneros Sanchez, were determined to be citizens of Mexico illegally present in the United States.

Records checks revealed that Jorge Alberto Cisneros Sanchez does not possess the proper documentation to enter, pass through or remain in the United States legally. Sanchez was previously removed from the United States on May 13, 1997.

After waiving his *Miranda* rights, **NIEBLAS** stated an acquaintance offered him a job of transporting undocumented non-citizens (UNCs) from the Sierra Vista, Arizona area to Phoenix. **NIEBLAS** stated he was provided with the black Dodge Charger to pick up the UNCs he was to transport. **NIEBLAS** stated that on July 18, 2022, he and people in three other vehicles left the Phoenix area and drove down to Sierra Vista where they spent the night. **NIEBLAS** stated on the morning of July 19, 2022, they were instructed to drive to a location near Davis Road in Bisbee, Arizona to load up UNCs. **NIEBLAS** stated once at the location, he was the second vehicle to load UNCs and he picked up four subjects. **NIEBLAS** stated he was going to be paid $500 for successfully transporting the UNCs to Phoenix.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/pl | SIGNATURE OF COMPLAINANT<br>*/signature/*<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/signature/ Lynnette C. Kimmins* | DATE<br>July 20, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54